# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Joseph W. Higgins

Plaintiff

v.

Governor Bill Owens, Nicholas R. Masslro, Mesa County District Court, Tom Deister, Mesa County District Attorney's Office, Minnesota Probation Office, Minnesota Federal Postal Service and Minnesota Supreme Court

Defendants

Case No. Civil 00-2594 PAM/JGL

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petitioner's motion for reconsideration of denial of IFP is denied. This action is summarily dismissed without prejudice.

DATE: January 26, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk