UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Joseph W. Higgins,

Civ. File No. 00-2594 (PAM/JGL)

Petitioner,

v.

**ORDER**

Governor Bill Owens, Nicholas R. Masslro, Mesa County District Court, Tom Deister, Mesa County District Attorney's Office, Minnesota Probation Office, Minnesota Federal Postal Service, and Minnesota Supreme Court,

Respondents.

---

This matter is before the Court upon Petitioner Joseph W. Higgins' Objections to the Report and Recommendation of Magistrate Judge Jonathan Lebedoff dated December 29, 2000. Pursuant to statute, the Court has conducted a de novo review of the record. See 28 U.S.C. § 636(b)(1); L.R. 72.1(c). Based on that review, the Court ADOPTS the Report and Recommendation (Clerk Doc. No. 5).

Accordingly, **IT IS HEREBY ORDERED** that:

Petitioner Joseph W. Higgins' Objections to the Report and Recommendation (Clerk Doc. No. 6) is **DENIED**.

Dated: Jan 19, 2001

Paul A. Magnuson
United States District Court Judge

FILED JAN 19 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK